

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00902-CV

**ESTATE OF MANUEL G. FLORES, DECEASED**

From the County Court, Bandera County, Texas
Trial Court No. 17-0030
Honorable Richard A. Evans, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

It is so **ORDERED** on January 9, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court